LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 N. Garfield Avenue
Alhambra, California 91801
Telephone: (626) 308-1171

Attorneys for Plaintiffs Ortiz, et al.

LODGED
CLERK, U.S. DISTRICT COURT
JUN - 9 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 2 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEP

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CV06-3622 DSF FMO

| | |
|---|---|
| MARIA DELIA ORTIZ, GUADALUPE ORTIZ through her guardian Ad Litem MARIA DELIA ORTIZ, CAROLINA ORTIZ through her Guardian Ad Litem MARIA DELIA ORTIZ, ANA MARIA CORTEZ through her Guardian Ad Litem AMADA CORTEZ, and CARMEN GARAY, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MAYWOOD, CUDAHY/MAYWOOD POLICE DEPARTMENT, BRUCE LEFLAR, DETECTIVE F. GARCIA, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: <br><br> APPLICATION OF MARIA DELIA ORTIZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR CAROLINA ORTIZ A MINOR <br><br> [Fed.R.Civ.P.17(c) and Cal.Code Civ.Proc. §373] |

DOCKETED ON CM
JUN 2 2 2006
BY                    001

///

///

1

APPLICATION OF MARIA DELIA ORTIZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR CAROLINA ORTIZ

1. Petitioner Maria Delia Ortiz is the mother of the minor Carolina Ortiz.

2. Petitioner is a resident of the County of Los Angeles, State of California.

3. Minor Carolina Ortiz is a plaintiff and has causes of action as alleged in the complaint herein for violation of civil rights and state law causes of action arising from an unlawful entry into a residence and unlawful detention of plaintiff by City of Maywood Police officers which occurred on May 14, 2005.

4. Said minor is 11 year of age, haven been born December 21, 1994.

5. Said minor has no general guardian, and no previous petition for appointment of a guardian ad litem has been filed in this matter.

6. Petitioner is a responsible person, fully competent to understand and protect the rights of said minor.

**WHEREFORE,** Petitioner prays that Maria Delia Ortiz be appointed guardian ad litem for Carolina Ortiz to prosecute such action on her behalf.

Dated: 6/5/06

MARIA DELIA ORTIZ

## ORDER APPOINTING GUARDIAN AD LITEM

The Court having considered the petition of Maria Delia Ortiz for the appointment of a Guardian Ad Litem for Carolina Ortiz, a minor, who is a plaintiff in the above action and good cause appearing, IT IS ORDERED that Maria Delia Ortiz is appointed Guardian Ad Litem for Carolina Ortiz in the above action.

Dated: June 12, 2006

UNITED STATES ~~DISTRICT~~ JUDGE
JACQUELINE CHOOLJIAN MAGISTRATE