```
LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 N. Garfield Avenue
Alhambra, California 91801
Telephone: (626) 308-1171

Attorneys for Plaintiffs Ortiz, et. al.
```

LODGED CLERK, U.S. DISTRICT COURT JUN - 9 2006 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

FILED CLERK, U.S. DISTRICT COURT JUN 1 2 2006 CENTRAL DISTRICT OF CALIFORNIA BY DEP

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CV06-3622 DSF FMOx

MARIA DELIA ORTIZ, GUADALUPE ORTIZ through her guardian Ad Litem MARIA DELIA ORTIZ, CAROLINA ORTIZ through her Guardian Ad Litem MARIA DELIA ORTIZ, ANA MARIA CORTEZ through her Guardian Ad Litem AMADA CORTEZ, and CARMEN GARAY,

Plaintiffs,

vs.

CITY OF MAYWOOD, CUDAHY/MAYWOOD POLICE DEPARTMENT, BRUCE LEFLAR, DETECTIVE F. GARCIA, and DOES 1 through 10, inclusive,

Defendants.

Case No.:

APPLICATION OF MARIA DELIA ORTIZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR GUADALUPE ORTIZ A MINOR

[Fed.R.Civ.P.17(c) and Cal.Code Civ.Proc. §373]

DOCKETED ON CM
JUN 2 2 2006
BY _____ 001

///

///

1

APPLICATION OF MARIA DELIA ORTIZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR GUADALUPE ORTIZ

1. Petitioner Maria Delia Ortiz is the mother of the minor Guadalupe Ortiz.

2. Petitioner is a resident of the County of Los Angeles, State of California.

3. Minor Guadalupe Ortiz is a plaintiff and has causes of action as alleged in the complaint herein for violation of civil rights and state law causes of action arising from an unlawful entry into a residence and unlawful detention of plaintiff by City of Maywood Police officers which occurred on May 14, 2005.

4. Said minor is 9 year of age, haven been born December 12, 1996.

5. Said minor has no general guardian, and no previous petition for appointment of a guardian ad litem has been filed in this matter.

6. Petitioner is a responsible person, fully competent to understand and protect the rights of said minor.

**WHEREFORE,** Petitioner prays that Maria Delia Ortiz be appointed guardian ad litem for Guadalupe Ortiz to prosecute such action on her behalf.

Dated: 6/5/06

*Maria Delia Ortiz*
MARIA DELIA ORTIZ

///

///

| | |
|---|---|
| 1 | **ORDER APPOINTING GUARDIAN AD LITEM** |

The Court having considered the petition of Maria Delia Ortiz for the appointment of a Guardian Ad Litem for Guadalupe Ortiz, a minor, who is a plaintiff in the above action and good cause appearing, IT IS ORDERED that Maria Delia Ortiz is appointed Guardian Ad Litem for Guadalupe Ortiz in the above action.

Dated: June 12, 2006

UNITED STATES ~~DISTRICT~~ JUDGE
JACQUELINE CHOOLJIAN, MAGISTRATE

APPLICATION OF MARIA DELIA ORTIZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR GUADALUPE ORTIZ