1  LAW OFFICES OF VICKI I. SARMIENTO
   A Professional Corporation
2  VICKI I. SARMIENTO, SBN 134047
   333 N. Garfield Avenue
3  Alhambra, California 91801
   Telephone: (626) 308-1171
4
5  Attorneys for Plaintiffs Ortiz, et. al.

[FILED stamps: LODGED CLERK, U.S. DISTRICT COURT JUN - 9 2006 CENTRAL DISTRICT OF CALIFORNIA DEPUTY; FILED CLERK, U.S. DISTRICT COURT JUN 1 2 2006 CENTRAL DISTRICT OF CALIFORNIA]

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DELIA ORTIZ, GUADALUPE ORTIZ through her guardian Ad Litem MARIA DELIA ORTIZ, CAROLINA ORTIZ through her Guardian Ad Litem MARIA DELIA ORTIZ, ANA MARIA CORTEZ through her Guardian Ad Litem AMADA CORTEZ, and CARMEN GARAY, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MAYWOOD, CUDAHY/MAYWOOD POLICE DEPARTMENT, BRUCE LEFLAR, DETECTIVE F. GARCIA, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: CV06-3622 DSF FMOx <br><br> APPLICATION OF AMADA CORTEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR ANA MARIA CORTEZ <br><br> [Fed.R.Civ.P.17(c) and Cal.Code Civ.Proc. §373] |

[DOCKETED ON CM JUN 2 2 2006 BY 001]

///

///

1
APPLICATION OF AMADA CORTEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR ANA MARIA CORTEZ

1. Petitioner Amada Cortez is the mother of the minor Ana Maria Cortez.

2. Petitioner is a resident of the County of Los Angeles, State of California.

3. Minor Ana Maria Cortez is a plaintiff and has causes of action as alleged in the complaint herein for violation of civil rights and state law causes of action arising from an unlawful entry into a residence and unlawful detention of plaintiff by City of Maywood Police officers which occurred on May 14, 2005.

4. Said minor is 11 year of age, haven been born July 24, 1994.

5. Said minor has no general guardian, and no previous petition for appointment of a guardian ad litem has been filed in this matter.

6. Petitioner is a responsible person, fully competent to understand and protect the rights of said minor.

**WHEREFORE,** Petitioner prays that Amada Cortez be appointed guardian ad litem for Ana Maria Cortez to prosecute such action on her behalf.

Dated: June 5, 2006

_____
AMADA CORTEZ

## ORDER APPOINTING GUARDIAN AD LITEM

The Court having considered the petition of Amada Cortez for the appointment of a Guardian Ad Litem for Ana Maria Cortez, a minor, who is a plaintiff in the above action and good cause appearing, IT IS ORDERED that Amada Cortez is appointed Guardian Ad Litem for Ana Maria Cortez in the above action.

Dated: June 12, 2006

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE
JACQUELINE CHOOLJIAN