LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California 91801
Telephone: (626) 308-1171
Facsimile : (626) 308-1101

Attorneys for Plaintiffs

JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF THE STATE OF CALIFORNIA**

MARIA DELIA ORTIZ, G.O. though her Guardian Ad Litem MARIA DELIA ORTIZ, C.O. through her Guardian Ad Litem MARIA DELIA ORTIZ, A.M.C. through her Guardian Ad Litem AMADA CORTEZ, and CARMEN GARAY,

Plaintiffs,

vs.

CITY OF MAYWOOD, CUDAHAY/MAYWOOD POLICE DEPARTMENT, BRUCE LEFLAR, DET. FRANK GARCIA, DET. ANDREW SERRATA, OFFICER BRENT TALMO, OFFICER PABLO CUNNINGHAM,

Defendants.

Case No.: CV 06-3622 DSF (FMOx)

**STPULATION AND PROPOSED ORDER FOR DISMISSAL OF CASE**

The parties, through their respective attorneys of record, stipulate to the dismissal of the entire action with prejudice by Plaintiffs, MARIA DELIA ORTIZ, G.O. though her Guardian Ad Litem MARIA DELIA ORTIZ, C.O. through her Guardian Ad Litem MARIA

DELIA ORTIZ, A.M.C. through her Guardian Ad Litem AMADA CORTEZ, and CARMEN GARAY, against all defendants.

DATED: December 3, 2007 **LAW OFFICES OF VICKI I. SARMIENTO**

By ______________________
VICKI I. SARMIENTO
Attorneys for Plaintiffs

Dated: ______________ **BOHM, MATSEN, KEGEL & AGUILERA, LLP**

By: ______________________
Lee A. Wood, Esq.
Attorneys for Defendants

**[~~PROPOSED~~] ORDER**

The Court having considered the Stipulation for dismissal of the action hereby dismisses the entire action brought by plaintiffs against all defendants with prejudice.

**DATED:** 12-6-07 ______________________
**DALE S. FISCHER**

12/03/2007 11:00 7143846571 LEEAWOOD PAGE 02/02
Dec 04 2007 11:01AM L Offices of Vicki I. S 62 081109 P.3

DELIA ORTIZ, A.M.C. through her Guardian Ad Litem AMADA CORTEZ, and CARMEN GARAY, against all defendants.

DATED: December 3, 2007 LAW OFFICES OF VICKI I. SARMIENTO

By ____________________
VICKI I. SARMIENTO
Attorneys for Plaintiffs

Dated: 12-4-07 BOHM, MATSEN, KEGEL & AGUILERA, LLP

By: ____________________
Lee A. Wood, Esq.
Attorneys for Defendants

**[PROPOSED] ORDER**

The Court having considered the Stipulation for dismissal of the action hereby dismisses the entire action brought by plaintiffs against all defendants with prejudice.

**DATED:** ____________ ____________________
**DALE S. FISCHER**

2
STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CASE

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 N. Garfield Avenue, Alhambra, California 91801.

On December 4, 2007, I served the following document described as: **STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CASE** served on the interested parties by placing a true copy thereof enclosed I n sealed envelope addresses as follows:

**Lee A. Wood, Esq.**
**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
**5 Hutton Centre Drive, 12th Floor**
**Santa Ana, California 92707**

I deposited such envelope in the mail at Alhambra, California. The envelope was mailed with postage thereon fully prepaid.

I am readily familiar with the firm's practice and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Alhambra, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit of mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 4th day of December 2007, at Alhambra, California.

**Sandra Vidal-Conde**